Charles Lee #504078
Alfred Hughes Unit
Route 2 Box 4400
Gatesville, Texas
76597,

RE: Request, Document — Cover Sheet of state 11.07 Habeas Corpus Application and white card dated 5-23-2012. Denied.

[Court Letter]

Cause No. 03-798-K277 D
Court 277th
Date Habeas Corpus Filed 2012 Dated. Denied | 5-23-2012 Denied without a written order white card

White Card

Date. 2-8th 2015.

Dear Clerk
Enclosed please find the original letter requesting the following, for my Files.

① A copy of the cover sheet OF THE STATE HABEAS Corpus application I Filed in 2012. From 277th court cause #03-798 K277 D. ② Also would you please send me a copy of the white card Denying my application of Habeas Corpus 11.07. The white card was dated 5-23-2012.

Thank you For your cooperation

Charles Lee #504078

Certificate of Service

I certify that on Feb. 8th 2015 a true & correct copy of the foregoing document was mailed by U.S. mail prepaid To the following Hon: Abel Acosta Clerk. Court of Criminal Appeals of Texas P.o. Box 12308, Capitol Station, Austin, Texas 78711.
Charles Lee #504078

1 of 1